# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. 3:15-mj-0039 CMK

Lisa Marie Lopez

**ORDER TO PAY**

SOCIAL SECURITY: ▮
DATE OF BIRTH: ▮
DRIVER'S LICENSE: ▮
ADDRESS: ▮
CITY: ▮

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 2-2-16

DEFENDANT'S SIGNATURE

---

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING: 3 years court probation

(X) Fine: $ 1,465.00  and a penalty assessment of $ 35.00  for a TOTAL AMOUNT OF: $ 1,500.00  within _____ days/months; or payments of $ 50.00 per month, commencing 3-1-16  and due on the first of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ completed by _____ with fees not to exceed $ _____

Excluded from Whiskeytown National Recreation Area for 3 years

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~USDC~~
~~CENTRAL VIOLATIONS BUREAU (SA)~~
~~POST OFFICE BOX 740026~~
~~ATLANTA, GA 30374-0026~~

~~CLERK, USDC~~
~~1130 O STREET, RM-5000~~
~~FRESNO, CA 93721~~

CLERK, USDC
501 "I" STREET
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 2-2-16

U.S. MAGISTRATE JUDGE

Clerk's Office


EDCA-3